# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| VICKY A. SCHNEIDER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-00049 |
| CITY OF SHEBOYGAN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Defendant, City of Sheboygan .

Date: 02/08/2024

s/ William E. Fischer
*Attorney's signature*

William E. Fischer; SBN: 1045725
*Printed name and bar number*

von Briesen & Roper, s.c.
55 Jewelers Park Drive, Suite 400
Neenah, Wisconsin 54956
*Address*

william.fischer@vonbriesen.com
*E-mail address*

(920) 232-4843
*Telephone number*

(920) 232-4883
*FAX number*