UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VICKY A. SCHNEIDER,

        Plaintiff,

-vs-                          Case No: 24-cv-00049-BHL

CITY OF SHEBOYGAN

        Defendant.

## PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action be dismissed in its entirety, on the merits, with prejudice, and without further costs to any party.

Dated this 19th day of February, 2025.

                FOX & FOX, S.C.
                Attorneys For Plaintiffs

BY:    s/ Peter J. Fox
            Peter J. Fox (WBN 1037925)
            124 West Broadway
            Monona, WI 53716
            608-258-9588 (phone)
            608-258-9105 (fax)
            E:pfox@foxquick.com

            VON BRIESEN & ROPER, S.C.
            Attorneys for Defendant

BY:    s/William E. Fischer
            William E. Fischer (WBN 1045725)
            55 Jewelers Park Drive, Ste. 400
            Neenah, WI 54956
            (920) 232-4843 (phone)
            (920) 232-4883 (fax)
            E: william.fischer@vonbriesen.com